# UNITED STATES DISTSRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 2:97-CR-00102 |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER TO RECONVEY DEED OF TRUST |
| WILLIAM RIDDICK, MARGARET RIDDICK, and KEITH RIDDICK, | ) | |
| Defendants. | ) | |

IT IS SO ORDERED that the property bond in the above-captioned case, docket item 205, shall be exonerated and title to the real property be reconveyed to Michael R. Ghezevat.

Dated: July 1, 2019.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE